

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00522-CV

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER,**

From the County Court, Menard County, Texas
Trial Court No. 2013-02059A
Honorable Joe Loving, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due September 19, 2018; however, the court granted an extension of time until October 19, 2018. On that date appellant filed a motion asking requesting a further thirty-day extension of time to file the brief.

We **grant** the motion and **order** appellant's brief due **November 19, 2018** (61 days after the original due date). Appellant is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court